UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

State of Ohio,

    Plaintiff,

        v.                                   Case No.   1:22cv673

Paciieno Jah' Love El,

    Defendant.

## JUDGMENT IN A CIVIL CASE

[ ]    **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[ ]    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[ X]    **DECISION BY COURT**: This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED**: The Court adopted the Magistrate Judge's January 12, 2023, R&R (Doc. 5) and overruled Defendant's Objections and **DISMISSED** and **REMANDED** the case to the Hamilton County Court of Common Pleas from which it was improperly removed. The Court certified pursuant to 28 U.S.C. § 1915(a) that an appeal of the Order adopting the Report and Recommendation would not be taken in good faith, and therefore **DENIED** the Defendant leave to appeal i*n forma pauperis*. Defendant remains free to apply to proceed *in forma pauperis* in the Court of Appeals.

Date: September 6, 2023                       Richard W. Nagel, Clerk
                                                      Clerk

                                       By:    *s/ Krista Zeller*
                                                        Deputy Clerk